IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL ACTION NO.: 4:19CR51 |
| v. | |
| KHALIL DEMONTE MURPHY, | |
| Defendant. | |

# ORDER

This matter is before the Court on the Motion for Leave of Absence by D. Campbell Bowman, Jr., counsel for Defendant Khalil Demonte Murphy, for the dates of May 20, 2019 through and including June 10, 2019. (Doc. 11.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 18th day of April, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA